ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| FERROVIAL CONSTRUCCIÓN PR, LLC<br><br>Parte Apelante<br><br><br>v.<br><br><br><br>MUNICIPIO AUTÓNOMO DE AGUADILLA<br><br>Parte Apelada | TA2025AP00390 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Aguadilla<br><br>Caso Núm.: AG2021CV01095<br><br>Sobre: Incumplimiento de Contrato, Daños |

Panel integrado por su presidente, la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico a 29 de octubre de 2025.

A la *Moción de Desistimiento por Transacción* presentada en el día de hoy por Ferrovial Construcción PR, LLC:

***Ha Lugar***. En consecuencia, se dicta Sentencia de **desistimiento con perjuicio**. Se ordena el cierre y archivo definitivo del presente recurso. Regla 83(A) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, 215 DPR ____ (2025), R. 83(A).

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*